IN THE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| ANTHONY TURNER-McNEILL, Jr. | ) | Plaintiff, |
| | ) | |
| v. | ) | Civil Action No.: 1:23-cv-1273 |
| | ) | |
| HAMZE DAHIR NUR, and | ) | |
| And | ) | |
| KARDAN TRUCKING, INC. | ) | Defendant. |

### ORDER TRANFERRING VENUE

This matter comes before the court on Defendants' Motion to Transfer venue. By agreement and for good cause shown, Defendants' Motion is GRANTED and this matter is transferred to the U.S. District Court for the Eastern District of Virginia, Richmond Division.

IT IS SO ORDERED.

DATE: 10/12/23

Patricia Tolliver Giles
United States District Judge